■ CROWELL-COLLIER PUBLISHING COMPANY et al. v. SAMUEL JOSEFOWITZ et al.— Motion granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 8, 1959, with notice of argument for October 20, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of CITY OF NEW YORK (SEWARD PARK SLUM CLEARANCE PROJECT). WHITEHILL REALTY CO., INC., NATHAN L. GOLDSTEIN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 8, 1959, with notice of argument for October 20, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ACTIVE WIRE AND METAL PRODUCTS CORP. against LOCAL 12, INDUSTRIAL UNION OF MACHINE & SHIP BUILDING WORKERS OF AMERICA AFL–CIO.— Motion granted only insofar as to stay the arbitration pending determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 22, 1959, with notice of argument for November 4, 1959. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (September 30, 1959)

■ GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al.— This motion [No. 95] brought on by order to show cause dated July 10, 1959 requests relief by reason of the death of one of the defendants-respondents. The application made under section 578 of the Civil Practice Act is premature and is denied without prejudice to renewal on compliance with said section. An order however may be made to bring in the proper representative of the decedent when it is necessary so to do for the proper disposition of the matter (Civ. Prac. Act, § 85). Counsel's attention is called to the fact that Gustave B. Garfield, Esq., is stated to be the attorney of record for plaintiff-appellant pursuant to indorsement on the legal back in Motion No. 95, while Charles Trynin, Esq., is stated to be the attorney of record for plaintiff-appellant in the same cause in Motion No. 135. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al.— Motions [No. 135] granted to the extent of dismissing the appeals from the orders of June 10, 1957 and June 5, 1958. Plaintiff-appellant, however, is not without remedy in the circumstances. In his briefs and on reargument he may always ask for the right to replead. In such argument, of course, prior determinations at Special Term, while the law of the case at nisi prius, are not binding in the appellate court. (*Walker* v. *Gerli*, 257 App. Div. 249.) Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.